UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JERALD SIMS, | ) | CASE NO. C08-1074-RAJ |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

On April 28, 2008, petitioner Jerald Sims filed a federal habeas petition in the United States District Court for the District of Oregon. (*See* Dkt. No. 6.) On July 11, 2008, the petition was ordered transferred to this district. (Dkt. No. 5.) Upon receipt of the action in this district, it was determined that petitioner had not met the filing fee requirement. Accordingly, on July 14, 2008, the Clerk sent petitioner a letter advising him that he would have to submit either the $5 filing fee or an application for *in forma pauperis* status on or before August 14, 2008, and that his failure to do so could result in dismissal of his case. (Dkt. No. 8.) On July 18, 2008, the Clerk's letter to petitioner was returned as undeliverable with a notation indicating that petitioner was no longer at the address provided by him in his petition. (Dkt. No. 9.) To date, petitioner

REPORT AND RECOMMENDATION
PAGE -1

01 | has not provided the Court with a new address.

02 | Pursuant to Local Rule 41(b)(2), if a *pro se* litigant fails to notify the Court and opposing parties of his current address within sixty days after mail directed to the litigant is returned by the post office, the Court may dismiss the action without prejudice for failure to prosecute. Because over sixty days have passed since mail directed to petitioner at his address of record was returned by the post office, and because petitioner has not notified the Court of his current address, this Court recommends that this action be dismissed without prejudice for failure to prosecute. A proposed Order accompanies this Report and Recommendation.

DATED this 24th day of September, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge