UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| JERALD SIMS, | ) | CASE NO. C08-1074-RAJ |
| Petitioner, | ) | |
| v. | ) | ORDER OF DISMISSAL |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation

(2) This matter is DISMISSED, without prejudice, for failure to prosecute pursuant to Local Rule CR 41(b)(2).

(3) The Clerk is directed to send copies of this Order to petitioner at his last known address, and to the Honorable Mary Alice Theiler.

DATED this 28th day of October, 2008.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL
PAGE -1